IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff/Respondent,<br><br>　　vs.<br><br>Ronnie Arturo Godoy,<br><br>　　　　Defendant/Movant. | No. CR-01-0807-PHX-PGR<br>No. CV-04-0732-PHX-PGR (GEE)<br><br>ORDER |

　　The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Edmonds and no party having filed an objection to the Report and Recommendation,

　　IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #664) is accepted and adopted by the Court.

　　IT IS FURTHER ORDERED that defendant Ronnie Arturo Godoy's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. #627) is denied. The Clerk of the Court shall enter judgment accordingly.

　　DATED this 26th day of October, 2005.

Paul G. Rosenblatt
United States District Judge